DLM REF.: 8G-1653

```
          MAZAROLI
          JUN 1 3 2008
          LAW OFFICE
```

## WAIVER OF SERVICE OF SUMMONS

TO: David L. Mazaroli, Attorney for Plaintiff

    I acknowledge receipt of your request that I waive service of a summons in the action of INDEMNITY INSURANCE COMPANY OF NORTH AMERICA v. ZIM AMERICAN INTEGRATED SHIPPING SERVICES COMPANY, INC., et al. which is case number 08 CIV. 4416 (LTS) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without costs to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after May 13, 2008 or within 90 days after that date if the request was sent outside the United States.

Zim American Integrated Shipping
Services Company, Inc.
Zim Integrated Shipping Ltd.
Zim Container Service, Zim Lines
c/o National Corporate Research Ltd.
225 West 34th Street, Suite 910
New York, New York 10122

6/12/08
Date

Signed: _____
Name: VINCENT M. DEORCHIS
Title: ATTORNEY IN FACT
Company: ZIM AMERICAN