1236-710

Vincent M. DeOrchis
DEORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Defendants
ZIM AMERICAN INTEGRATED SHIPPING SERVICES COMPANY, INC.;
ZIM INTEGRATED SHIPPING SERVICES LTD.;
ZIM CONTAINER SERVICE; ZIM LINES;
M/V "ZIM EMIRATES WATS", her engines, tackle, boilers, etc.;

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF              ECF CASE
NORTH AMERICA

                    Plaintiff,                           08 Civ. 4416

                    -against-

ZIM AMERICAN INTEGRATED SHIPPING              FED. R. CIV. P. 7.1 CERTIFICATION
SERVICES COMPANY, INC.; ZIM
INTEGRATED SHIPPING SERVICES LTD.;
ZIM CONTAINER SERVICE; ZIM LINES;
GLOVIS CO., LTD; M/V "ZIM EMIRATES
WATS", her engines, tackle, boilers, etc.;

                    Defendants.
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for Defendants ZIM AMERICAN INTEGRATED SHIPPING SERVICES COMPANY, INC.; ZIM INTEGRATED SHIPPING SERVICES LTD.; ZIM CONTAINER SERVICE; ZIM LINES; M/V "ZIM EMIRATES WATS", her

engines, tackle, boilers, etc. certifies upon information and belief that the following are corporate parents, subsidiaries, or affiliates which may be publicly held:

Alhoutyam Ltd.
Galmarine Ltd.
M. Dizengoff & Co. Ltd.
Hadarim Haifa
International Forwarding Co. of Israel Ltd.
Layam Co. Ltd.
Zim Passenger Lines (1970) Ltd.
Kedem Land Bridge Co. Ltd.
Sela Technologies Ltd.
Worldwide
Astromar S.A. MADRIED
GSI Cargo Systems (U.K.) Ltd.
GSI Cargo Systems Inc. New York
Astramaris Schiffahrtskontor GmbH Hamburg
Astramaris Shipping & Forwarding Agencies B.V.
Rotterdam
Globe Star Shipping PTY
Melbourne
Hellastir Piraeus
Marseilles Consignation S.A. Marseilles
Seven Star Containers Afretamento Ltd./Sao Paulo
Star Agenzia Maritima (Genoa) S.R.L. Genoa
Star Shipping Agencies Ltd. London
Star Shipping Agencies S.A. Antwerp
Star Shipping Agencies, Singapore
Zim Inter Americas Service
Zim Integrated Shipping Services, Ltd.
Zim-Israeli Navigation Co. (Canada) Ltd.
Star East Africa Co. Ltd.
Ass. Marine Charterers Inc.
Haverton Shipping Ltd

Dated:  New York, New York
       July 11, 2008

                                            DEORCHIS & PARTNERS, LLP
                                            Attorneys for Defendant

By: _s/Vincent M. DeOrchis_
    Vincent M. DeOrchis, Esq. (VMD-6515)
    61 Broadway, 26th Floor
    New York, New York 10006-2802
    (212) 344-4700
    Our File: 1236-710