LAW OFFICES
**DAVID L. MAZAROLI**
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

**MEMO ENDORSED**

August 18, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG. 1 9 2008

TELEFAX: (212)805-0426

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse                JOINT APPLICATION
500 Pearl Street
New York, New York 10007

        Re:    Indemnity Insurance Company of North America
                Zim American Integrated Shipping Services, et al.
                08 Civ. 4416 (LTS)

Dear Judge Swain:

      I represent the plaintiff in this admiralty action which involves a claim for cargo damage. I have conferred with counsel for the Zim defendants and have discussed the relevant factual and legal issues. Unfortunately, defendant Glovis Co., Ltd. ("Glovis"), on whose behalf a waiver of service form was executed, has not yet filed an answer to the complaint. This has prevented preparation of the preliminary pre-trial statement. I was informed late last week that the Korean liability insurer for Glovis is arranging for appointment of defense counsel.

      For this reason, and the fact that I have overseas travel scheduled between September 5 and 23, 2008, counsel join in respectfully requesting that the initial court conference scheduled for August 22, 2008 be rescheduled for a date in mid-October. This is the first application for an adjournment of the initial conference and counsel thank the Court for its attention.

Respectfully,

David L. Mazaroli

cc:    DeOrchis & Partners, LLP
        Attn.: Vincent M. DeOrchis, Esq. (Via e-mail: vdeorchis@marinelex.com).

*The conference is adjourned to October 24, 2008, at 10:00AM*

SO ORDERED.

NEW YORK, NY _____
Aug 19, 2008    LAURA TAYLOR SWAIN
                UNITED STATES DISTRICT JUDGE